IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>                              )<br>            Plaintiff/    )<br>            Respondent,   )<br>                              )<br>       vs.                 )<br>                              )<br> JAIME ZEPEDA-GOMEZ,         )<br>                              )<br>                              )<br>            Defendant/     )<br>            Movant.        )<br>                              )<br>_____) | No. CR-F-02-5176 REC<br><br>ORDER DENYING MOTION FOR<br>MODIFICATION OF TERM OF<br>IMPRISONMENT PURSUANT TO 18<br>U.S.C. § 3582(c)(2) |

On January 9, 2006, movant Jamie Zepeda-Gomez filed a motion for modification of term of imprisonment pursuant to 18 U.S.C. § 3582(c)(2). Movant contends that he is entitled to modification of his sentence because of the Supreme Court's decision in <u>United States v. Booker</u>, 543 U.S. 220 (2005).

Movant is not entitled to relief sought by his motion pursuant to Section 3582(c)(2). Movant's motion is based on a ruling by the United States Supreme Court, not on a sentencing

1

1 range that has subsequently been lowered by the Sentencing
2 Commission pursuant to 28 U.S.C. 994(*o*) as required by Section
3 3582(c)(2).  <u>See e.g.</u>, <u>United States v. Moreno</u>, 421 F.3d 1217,
4 1220 (11th Cir. 2005); <u>United States v. Gudino-Martinez</u>, 2005 WL
5 1126840 (E.D.Wash. 2005).

6     ACCORDINGLY:

7     1.  Movant's motion for modification of term of imprisonment
8 pursuant to 18 U.S.C. § 3582(c)(2) is denied.

9     IT IS SO ORDERED.

10 **Dated:  January 10, 2006**       /s/ Robert E. Coyle
   668554     UNITED STATES DISTRICT JUDGE